**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Roosevelt Washington, et al.,** | : | |
| | : | Case No. 2:25-cv-00324 |
| **Plaintiffs,** | : | |
| v. | : | **Judge Graham** |
| | : | |
| **Extended Stay America, Inc.,** | : | **Magistrate Judge Jolson** |
| | : | |
| **Defendant.** | : | |

## ORDER

  This matter is before the Court upon the Magistrate Judge's Report and Recommendation, filed May 21, 2025. Doc. 5. The Magistrate Judge recommends that the Plaintiff Washington's motion for leave to proceed *in forma pauperis* (doc. 1) be denied and that the Plaintiffs be ordered to pay the filing fee within fourteen (14) days or else their case should be dismissed for want of prosecution. Doc. 5. The deadline for filing objections to the Report and Recommendation has passed without any objections from any party. When no objections are timely filed, a district court reviews a magistrate judge's report and recommendation for clear error. Fed. R. Civ. P. 72, advisory committee note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

  The Court finds no clear error and agrees with the Magistrate Judge's Report and Recommendation (doc. 5) and **ADOPTS** the same. Plaintiff Roosevelt Washington's motion for leave to proceed *in forma* pauperis is hereby **DENIED**. The Plaintiffs are **ORDERED** to pay the filing fee within fourteen (14) days of this Order, or the case shall be dismissed for want of prosecution.

  **IT IS SO ORDERED**.

                     *s/James L. Graham*
                     JAMES L. GRAHAM
                     United States District Judge

DATE: June 10, 2025